UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CIV-80423-MARRA

ACCESS 4 ALL, INC., a Florida not for profit corporation, and JOE HOUSTON, individually,

    Plaintiffs,

v.

BEALL'S INC., a Florida corporation, BEALL'S DEPARTMENT STORES, INC., a Florida corporation, BEALL'S WEST GATE CORPORATION, a Florida corporation, and BEALL'S OUTLET STORES, INC., a Florida corporations,

    Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court upon Plaintiffs' Response to order to Show Cause and Notice of Voluntary Dismissal Without Prejudice. (DEs 6, 7). The Court has carefully reviewed the notice and the record herein and is otherwise fully advised in the premises. Accordingly, it is hereby:

ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE. All pending motions are DENIED AS MOOT. The Clerk shall CLOSE this case.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 5th day of May, 2011.

_____
KENNETH A. MARRA
United States District Judge